UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ROSA REYES and FELIX MARTINEZ,

                Plaintiffs,

        -v-

BRONX PARK PHASE III PRESERVATION LLC *et al.*,

                Defendants.
-----------------------------------------------------------------------X

22 Civ. 446 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

        The parties are directed to appear for a status conference regarding the recently filed proposed stipulations of voluntary dismissal on January 28, 2022 at 11:30 a.m. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

        SO ORDERED.

Dated: January 27, 2022
       New York, New York

                                                  JOHN P. CRONAN
                                       United States District Judge