UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
ROSA REYES and FELIX MARTINEZ,
individually and on behalf of all others similarly
situated,

                          Plaintiffs,

-against-

BRONX PARK PHASE III PRESERVATION LLC,
LICH INVESTMENT GROUP, BELVERON
PARTNERS, CAMBER PROPERTY GROUP,
CAMMEBY'S INTERNATIONAL GROUP, INC.
and RUBIN SCHRON,

                          Defendants.
-------------------------------------------------------------------x

Case No. 22-cv-00446 (JPC)

**NOTICE OF**
**VOLUNTARY DISMISSAL**
**<u>WITHOUT PREJUDICE</u>**

      PLEASE TAKE NOTICE that the Plaintiffs, ROSA REYES and FELIX MARTINEZ, individually and on behalf of all others similarly situated, hereby voluntarily dismiss, *without prejudice,* all claims against Defendants, BRONX PARK PHASE III PRESERVATION LLC, LICH INVESTMENT GROUP, BELVERON PARTNERS and CAMBER PROPERTY GROUP, none of which have answered or filed a motion for summary judgment herein, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i).

Dated: January 31, 2022

                                                  RONEMUS & VILENSKY, LLP
                                                  Attorneys for Plaintiffs
                                                  ROSA REYES and FELIX MARTINEZ, individually
                                                  and on behalf of all others similarly situated

                                   By: _____
                                                  Michael B. Ronemus, Esq.
                                                  112 Madison Avenue, 2nd Floor
                                                  New York, New York 10016
                                                  (212) 779-7070

SO ORDERED:

_____
Hon. John P. Cronan, U.S.D.J.

Date: February 1, 2022
New York, New York